directions to enter an order requiring the Isadore Galler estate to repay the Galler Drug Company $226,666 plus interest.

Affirmed as modified as to Aaron Galler and remanded with directions; reversed and remanded with directions as to Isadore Galler's estate.

SULLIVAN, P. J., and DRUCKER, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY WILLIAMS, Defendant-Appellant.

(No. 59548;

First District (5th Division)—August 9, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer and Linda D. Woloshin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Linda West Conley, Assistant State's Attorneys, and Ferdinand M. Minelli, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HELEN DOWDY, Defendant-Appellant.

(No. 58351;

First District (1st Division)—August 5, 1974.